UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

No. 97-2708

───────────────

MICHAEL A. FOTI,

                                    Plaintiff - Appellant,

        versus

ARLINGTON   COUNTY   BOARD   OF   SUPERVISORS;
EMPLOYEE'S SUPPLEMENTAL RETIREMENT BOARD OF
TRUSTEES;  ALAN V. CHRISTENSON,  Director of
Personnel;  SALLY GROVE MAY, Personnel; ARA L.
TRAMBLIAN,  Assistant  County  Attorney;  LISA
BRYANT  FOWLER,  Assistant  County  Attorney;
IRWIN MAZIN;  HERBERT E. LANE, JR.,

                                    Defendants - Appellees.

───────────────

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  Raymond A. Jackson, District
Judge.  (CA-97-872-1-A)

───────────────

Submitted:  March 12, 1998        Decided:  March 23, 1998

───────────────

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Michael A. Foti, Appellant Pro Se. David Frederick Dabbs, MCGUIRE, WOODS, BATTLE & BOOTH, L.L.P., Richmond, Virginia; Nelson David Cary, SEYFARTH, SHAW, FAIRWEATHER & GERALDSON, Washington, D.C.; Thomas Michael Hogan, GODARD, WEST & ADELMAN, Fairfax, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his action alleging a number of claims arising out of his former employment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Foti v. Arlington County Bd. of Supervisors, No. CA-97-872-1-A (E.D. Va. Nov. 14, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED